# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2020

161240

BETTY WILLIAMS,
            Plaintiff-Appellee,

v

CITY OF SAGINAW,
            Defendant-Appellant.

_____/

SC: 161240
COA: 348910
Saginaw CC: 18-036643-NO

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

On order of the Court, the application for leave to appeal the February 20, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



p0916

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2020



Clerk